UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION -FLINT

UNITED STATES OF AMERICA,

                Plaintiff,         CASE NO.: 01-CR-50054-1FL

vs.                                HON. PAUL V. GADOLA
                                        MAG. JUDGE WALLACE CAPEL, JR.

STACY LEE JONES,

                Defendant.
_____/

## ORDER OF DETENTION
## PENDING REVOCATION PROCEEDINGS

The Defendant appeared before the Court on January 19, 2006, based upon a Petition and Warrant for violation of his conditions of supervised release, filed on December 2, 2005.

The Defendant is charged with violation of the Mandatory Condition by being convicted in Genesee County Circuit Court on September 22, 2005, for the charge of delivery/manufacturing of cocaine less than 50 grams; maintaining a drug vehicle; and possession of marijuana. He also was found guilty of another charge of delivery/manufacturing cocaine less than 50 grams; and maintaining a drug vehicle the same date. Additionally, he appeared in the 67th. District Court on June 28, 2005, and entered a guilty plea to being a disorderly person. He also violated Standard Condition Number 7 based upon his convictions in the above-mentioned state court matters. Lastly, the Defendant has been charged with violation of Standard Condition Number 11 by not notifying his probation officer in a timely manner of his arrest on July 22, 2004.

The report of the Probation Officer in this matter indicates that the Defendant began his term of supervised release on January 16, 2004.

Based upon the information presented at the hearing, it appears that the Defendant has failed to comply with the terms of supervised release by being in the possession of illegal substances, to further his criminal activity while on supervised release.

The issue of bond in this matter however, is moot. The Defendant is currently serving a term of incarceration of 24 months to 40 years in the state court related criminal matters.

Accordingly, the Defendant shall be detained without bond in this matter pending further proceedings before the district court judge.

The Defendant is hereby remanded to the custody of the United States Marshal.

**IT IS SO ORDERED.**

**DATED: January 20, 2006**          s/ Wallace Capel, Jr.
                                     **WALLACE CAPEL, JR.**
                                     **United States Magistrate Judge**

### CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2006  , I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send such notification of such filing to the following: James C. Mitchell, AUSA, Kenneth R. Sasse, Federal Defender Office , and I hereby certify that I have mailed by United States Postal Service/hand delivered the paper to the following non-ECF participants:  United States Marshal, 600 Church St., Flint, Michigan 48502, Probation Officer, 600 Church St., Flint, Michigan 48502

s/ James P. Peltier
James P. Peltier
Courtroom Deputy Clerk
U.S. District Court
600 Church St.
Flint, MI 48502
810-341-7850
pete_peltier@mied.uscourts.gov